710 A.2d 1013

IN THE MATTER OF ROBERT A. HOLLIS,
AN ATTORNEY AT LAW.

June 17, 1998.

## ORDER

The Disciplinary Review Board on May 4, 1998, having filed with the Court its decision concluding that **ROBERT A. HOLLIS** of **HACKENSACK**, who was admitted to the bar of this State in 1971, and who thereafter was suspended from practice for a period of three years, effective October 31, 1993, and who remains suspended at this time, should be suspended from practice for a further period of one year, for violating Administrative Guideline No. 23 by failing to notify a client of his suspension; *Rule* 1:20–20 by recommending an attorney to a client after being suspended; *RPC* 1.16(d) in failing to act in accordance with assurances to an ethics system investigator that he would deliver said files;

And good cause appearing;

It is ORDERED that **ROBERT A. HOLLIS** is hereby suspended from the practice of law for a period of one year, effective immediately, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.